MR
15BD
Fee paid

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:

_Thurman Mearin BK18063_

_175 Progress Drive_

_Waynesburg Pa 15370_

**FILED**

MAY 0 2 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

v.

Full name, title, and business address
of each defendant in this action:

1 _Pete Vidovish - Unit Manager_

_175 Progress Drive S.C.I. Green_

_Waynesburg Pa. 15370_

**08.0597**

2 _Superintendent Lowes Folino_

_175 Progress Drive S.C.I. Green_

_Waynesburg Pa. 15370_

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.      Where are you now confined? _S.C.I. Green_

Ｗhat sentence are you serving? _Life_

What court imposed the sentence? _Philadelphia County_

II.     Previous Lawsuits

A.   Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit

Plaintiffs_____

_____

Defendants _____

_____

2.   Court (if federal court, name the district; if state court, name the county) and docket number

_____

_____



3.  Name of judge to whom case was assigned _____

4.  Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

5.  Approximate date of filing lawsuit _____

6.  Approximate date of disposition _____

B.  Prior disciplinary proceedings which deal with the same facts
    involved in this action:

    Where?_____
    When?_____
    Result:_____

    _____
    _____

III.    What federal law do you claim was violated? _____

_____ 8ᵗʰ Amendment Delibaste Indifference _____

IV.     Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite
any cases or statutes. If you intend to allege a number of related claims, number and set forth each
claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A.  Date of event: ___ Aug 8, 07 _____

B.  Place of event: ___ S.C.J. Green _____

C.  Persons involved—name each person and tell what that person did
    to you: 1) This claim is against Defendant Pete Videonush who
    acted with Deliberate Indifference by falsifying
    documents to place me in Administrative Segregation for
    343 days. (See Exhibit GG the falsifying document)

    2) This claim is against Defendant Louis Folino who acted
    with Deliberate Indifference, by ignoring my plea to him.
    once I found out his staff had been falsifying my documents
    (See Exhibit II and Exhibit JJ) my plea and his
    responds. - He was also aware of the 256 days - I was fraudulently
    held - altogither 599 days - I was held in retaliation.

2)

_____
_____
_____
_____
_____

**V.**   Did the incident of which you complain occur in an institution or place of custody in this District?
If so, where? ___*S.C.I. Green*_____

_____

and answer the following questions:

**A.**   Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

**B.**   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)  No ( )

**C.**   If your answer is YES,

1.   What steps did you take? *initial grievance, appeal to faculty manager, appeal to Secretary's Office of Inmate grievance and appeal*

2.   What was the result? *appeal denied*

_____

**D.**   If your answer is NO, explain why not: _____

_____

**E.**   If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( )  No ( )

**F.**   If your answer is YES,

1.   What steps did you take? _____

_____

2.   What was the result? _____

_____

**VI.**   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

*I want $20 a day for the 256 days I was fraudulently held in the R.H.U. from Feb. 27,06 to Nov 9,.*

*I want $20 a day for the 343 days I was fraudulently held in the R.H.U. from Nov. 21,06 to Oct. 31, 07*

*Continue ⟶*

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

*April. 10, 08*
(Date)

*Thurman Mearin*
(Signature of Plaintiff)

3)

continue: VI Relief. All my back pay from my job in Kitchen.

All legal bills paid, All postage & copying fees.

And what ever the court thinks is fair in terms of money I should receive for being a victim of retaliation.

I'm requesting that Mr. Pete Vidonish be removed from his position as unit manager.

I'm requesting that S.C.I. Greene begin using either a video recorder or tape recorder at all P.R.C. and <u>misconduct hearings</u>. Such recordings establish clearly what is truth.

P.R.C. = Program Review Committee Hearing

I do Thurman Meaux do request and believe I'm entitled to a trial by jury.

4)

In The United States District Court
For The Eastern District of Pennsylvania


Thurman Mearin - Plaintiff

V

Superintendent Louis Folino - Defendants
    on  S.C.I. Green
Security Department
    S.C.I. Green
    on
Pete Vidonish - Unit Manager      ——— Declaration
    S.C.I. Green

                  Thurman Mearin
                  Civil Action No:

Thurman Mearin, hereby declares:

1) This claim is against Superintendent Louis Folino for violating my constitutional rights for retaliating against me with the Security Department by falsifying my records to justify placing me in administrative seregation and allowing my property to be destroy and stolen. (See Exhibit AA) Along with Pete Vidonish who admits placing me in the hole....

2) This was and is being done to me for fileing a grievence and law suit against Security Captain Thomas Dohman from S.C.I. Grateford.

3) On July 5, 2005 I was transfer here at S.C.I. Green from S.C.I. Grateford and was interview in the reception area by a Lieutenant who told me he got a call from Grateford and I know who you are, and I want you to know we beleve our officers here, and we don't cut hole time.

                                    5)

4) On July 24, 05 while I was in the restricted housing unit my property was stolen and destroy. (See Exhibit AA.)

5) On February 6, 2006 I wrote the Security Department to get documents to prepare my law suit against Captain Thomas Dohman. (See Exhibit B,

6) Then on February 26, 2006 I was coming from work and was told by a officer, that orders were given to him and I was place on administrative custody by order of Security Department and Ms. Niemin Unit Manager for classification for Z code (single cell). As I was being lead away a officer made a comment to another officer saying, I was the law suit guy. (See Exhibit CC, staff member version)

7) I was held in administrative segregation under the disguise that I was to be classified for a single cell, inwhich I've been in a single cell already for the last 23 years. It became obvious to me that this was becoming very sinister, because I was held for 256 days. From Feb. 27, 06 to Nov. 9, 06.

8) Everytime I went to my Administrative Custody Hearing, they would say my request to be release back into population was denied. And the reason for my confinement was, No Records or Essential Information Available to Determine Custody Level or Housing Needs. (See Exhibit 3+4, shows reason for confinement)

9) I've been in prison for 25 years and they say there are no records or information about me. Their statements and documents are not True, because 5 months ago before I was place in administrative

segregation I was release on Sept. 27, 05 and put in a cell by myself and was working in the Kitchen. ( See Exhibit DD, shows my release and proves there are records.

10) On Jan 15, 06 and Feb. 6, 06 I started requesting documents to prepare my law suit, and this is when I realize my records were being alter ( See Exhibit BB + KK, request I made to record office and security office)

11) On Nov. 9, 06 I was release after 256 days, then 12 days later on Nov. 21, 06 I was place on Administrative Custody again. They said: Reason for Confinement, Inmate is a Danger to Himself or Others. This was done without any justification ( See Exhibit EE, shows report)

12) On Aug. 3, 07 on my 30/60 day review I ask my counselor, why I can't get out of Administrative Segregation, he said I refuse a cell mate. The next day I wrote my counselor a request asking him when was my last misconduct ( See Exhibit FF, answer from counselor ) Last misconduct was Nov. 2, 04 and I was at Graterford. I didn't come to Green County until July 5, 05. This shows that my records were falsified.

13) Policy is if a inmate refuse to take a cell mate, which is disobeying a order, you receive a misconduct. ( See Exhibit LL and Exhibit MM)
A, Misconduct/Rule Violation Report,    Exhibit MM- VI. Procedure - I had no misconduct.

14) On Aug. 7, 07 I went to a Administrative Custody Hearing and I request to be release. I was denied.

7)

15) On Aug. 8, 07 my counselor Dennis Kopolt gave me this file, that shows my records are being falsified (See Exhibit GG) This is a record that is kept in my file in the guards office. This shows that my records are being intentionally falsified to keep me in Administrative Segregation.

16) (See Exhibit HH is report I receive Aug. 7, 07 from Administration Custody Hearing.) And when you compare both document (See Exhibit GG. H. you clearly see were my records were falsified) I appeal to Superintender Louis Folino (See Exhibit II and his respond (See Exhibit JJ.

17) I would like the Honorable Court to know that when a Administratio Official has it in for you, the first thing they do is try to find justification to place you in the hole.

18) If the inmate does not act erratically or disobey any order given to him, or verbally disrespect any staff member. They will falsify the records and tell the inmate, that he is being place on administrative segregation.

19) And the reason for Confinement, Inmate is a Danger to Himself or others. Or they will say, There Are No Records or Essential Information Available To Determine Custody Level or Housing Needs.

20) This is what they tell the inmate and they give you a Program Review Committee Decision And Rationale Sheet (See Exhibit HH) So when the inmate appeals the decision to the Chief Hearing Examiner in Camp Hill, PA. or writes anyone at Central Office and complains. When they punch the inmate's institutional number

8)

into the computer to see the reason for confinement, in my case what they see is Exhibit GG. Reason for Confinement Refuse cellmate 802.

21) All the time I think I'm appealing the Review Committee Decision that was given to me on the Rationale Sheet (See Exhibit HH) I'm addressing Reason for confinement (Inmate is a Danger to Himself and Others. Not knowing my record was falsify with (Exhibit GG, Reason for confinement, Refuse cellmate 802.

22) On Oct. 31, 07 I was release back into the population. On Dec. 28, 07 I file a Grievance against Unit Manager Pete Vidonish because of his admission that he place me in administrative segregation on Nov. 21, 06. (See Exhibit NN-Grievance) (See Exhibit OO Grievance Officers responds, saying. It is true that you were placed on AC status by Mr. Vidonish on 11-21-06.

23) Also (See Exhibit PP) Policy Number DC-ADM 804.4 states: Any Inmate who submits a grievance containing false information may be subject to disciplinary action. The only reason I did not receive any disciplinary action is because I'm telling the truth.

24) Exhibit GG is my proof that Unit Manager Pete Vidonish along with the approvel of Superintendent Louis Folino and the Security Department place me in administrative segregation unlawfully for a total of 599 days. I never refuse a cell mate, I never had a misconduct. This was in retaliation for my law suit I file against Captain Thomas Dohman of S.C.I. Graterford.

9)

25) On 11-27-07 there was a Default By Thomas Dohman + Defendants
For Failure To Appear, Plead or Other Wise Defend. - United States District Court
For the Eastern District of Pennsylvania

Thurman Mearin - plaintiff

V

Captain Thomas Dohman - Defendants    Civil Action 06-4857

un-know Lieutenant

Mary Conno

I declare under penalty of perjury that the foregoing
is true and correct.

Executed at

Waynesburg Pennsylvania

Thurman Mearin AM8063



10)