In The United States District Court
For The Western District of Pennsylvania

RECEIVED

OCT 2 3 2008

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Thurman Mearin - Plaintiff

V

Superintendent: Louis Folino; Defendants
Unit Manager: Pete Vedonich
Coordinator P.R.C.: Marlene M. Stewart
Activities: Robert McCombie
Unit Manager: Laurel Harry
Unit Manager: Carla Swartz
Deputy Chief Counsel for Hearing: Timothy I. Mark
Deputy: Brian Coleman
Major of the Guard: Mark Capozza
Employee: David Sacks

Civil Action No. 08-597

Magistrate Judge Amy Reynolds Hay

I. Facts                Plaintiffs Third Amended Complaint

1) This claim is against Superintendent Louis Folino for violating my constitutional rights for retaliating against me with Defendants by falsifying my records to justify placeing me in administrative sergregation and allowing my property to be destroy and stolen.

2) This was and is being done to me for filing a gruvence and law suit against Security Captain Thomas Dohman from S.C.I. Graterford. On July 5, 2005 I was transfer here at S.C.I. Green from S.C.I. Graterford.

4) On July 24, 05 while I was in the restricted housing unit my property was stolen and destroy.

5) On February 6, 2006 I wrote the Security Department to get documents to prepare my law suit against Captain Thomas Dohman.

6) Then on February 26, 2006 I was coming from work and was told by a officer, that orders were given to him and I was place on administrative custody by order of Security Department and Ms. Niernie Unit Manager for classification for Z code (single cell). As I was being lead away a officer made a comment to another officer saying, I was the law suit guy.

7) I was held in administrative segregation under the disguise that I was to be classified for a single cell, inwhich I'v been in a single cell already for the last 23 years. It became obvious to me that this was becoming very sinister, because I was held for 256 days. From Feb. 27, 06 to Nov. 9, 06.

8) Everytime I went to my Administrative Custody Hearing, they would say my request to be release back into population was denied. And the reason for my confinement was, No Records or Essential Information Avavible to Determine Custody Level or Housing Needs.

9) I'v been in prison for 25 years and they say there are no records or information about me. These statements and documents are not true, because 5 months ago befor I was place in administrative

Case 2:08-cv-00597-DWA-CB   Document 16   Filed 11/24/08   Page 3 of 11

segregation I was release on Sept. 27, 05 and put in a cell by myself and was working in the Kitchen. ( This prove there are records.

10) On Jan 15, 06 and Feb. 6, 06 I started requesting documents to prepare my law suit, and this is when I realize my records were being alter

11) On Nov. 9, 06 I was release after 256 days, then 12 days later on Nov. 21, 06 I was place on Administrative Custody again. They said : Reason for Confinement, Inmate is a Danger to Himself or Others. This was done without any justification

12) On Aug. 3, 07 on my 30/60 day review I ask my counselor, why I can't get out of Administrative Segregation, he said I refuse a cell mate. The next day I wrote my counselor a request asking him when was my last misconduct

       Last misconduct was Nov. 2, 04 and I was at Grater-ford. I didn't come to Green County until July 5, 05. This shows that my records were falsified.

13) Policy is if a inmate refuse to take a cell mate, which is disobeying a order, you receive a misconduct.

14) On Aug. 7, 07 I went to a Administrative Custody Hearing and I request to be release. I was denied.

7)

15) On Aug. 8, 07 my counselor Dennis Kapolk gave me this file, that shows my records are being falsified. This is a record that is kept in my file in the guards office. This shows that my records are being intentionally falsified to keep me in Administrative Segregation.

16) I received a document on Aug. 7, 07 from Administration Custody Hearing. And when you compare both documents you clearly see were my records were falsified. I appeal to Superintendent Louis Folino and he denied my appeal.

17) I would like the Honorable Court to know that when a Administration Offical has it in for you, the first thing they do is try to find justification to place you in the hole.

18) If the inmate does not act erractically or disobey any orders given to him, or verbally disrespect any staff member. They will falsify the records and tell the inmate, that he is being place on administrative segregation.

19) And the reason for Confinement, Inmate is a Danger to Himself or others. Or they will say, There Are No Records or Essential Information Avaible To Determine Custody Level or Housing Needs.

20) This is what they tell the inmate and they give you a Program Review Committee Decision And Rationale Sheet. So when the inmate appeals the decision to the Chief Hearing Examiner in Camp Hill, PA. or writes anyone at Central Office and complains. When they punch the inmate's institutional number

into the computer to see the reason for confinement, in my case what they see is ___ Reason for Confinement Refuse cellmate 802.

21) All the time I think I'm appealing the Review Committee Decision that was given to me on the Rationale Sheet. I'm addressing Reason for confinement ∴ Inmate is a Danger to Himself and Others. Not knowing my record was falsify with Reason for confinement, Refuse cellmate 802.

22) On Oct. 31, 07 I was release back into the population. On Dec. 28, 07 I file a Grievance against Unit Manager Pete Vidonish because of his admission that he place me in administrative segregation on Nov. 21, 06. ___ The Grievance " Officers responds, saying. It is true that you were placed on AC status by Mr. Vidonish on 11-21-06.

23) Also. ___ Policy Number DC-ADM 804-4 states: Any Inmate who submits a grievance containing false information may be subject to disciplinary action. The only reason I did not receive any disciplinary action is because I'm telling the truth.

24) Documentation is my proof that Unit Manager Pete Vidonish along with the approval of Superentendent Lorus Folino and the Security Department place me in administrative segregation unlawfully for a total of 599 days. I never refuse a cellmate, I never had a misconduct. This was in retaliation for my law suit I file against Captain Thomas Dohman of S.C.I. Graterford.



25) Since my release back into population there has been a on going form of retaliation against me. by David Sachs.

26) This is what the, mental health staff (David Sachs) has done, which cause me to be place in a cell with other inmates. Which is causeing me repeated sociological stress and mental duress.

27) I was diagnosed with post-traumatic stress disorder (PTSD) and they some how removed this information from my file. The Superintendent Assistant Dan Davis said I have never been assigned a (Z code) single cell in the past. Which is a lie!

28) Un-knowing to Pete Vidonish he made me aware of the time and date when I was diagnose with (PTSD).
I only knew I had a problem sleeping around people. And this is why I've been in a cell by myself for 23 years.

29) And in Pete Vidonish report he misrepresents the clear facts, he states the reason for me wanting to be in a cell myself, is because of PTSD from my alleged stabbing in 1982.

30) In the same breath he states a psycheatrist interviewed me. This is who diagnose me. He writes in his report like I diagnose myself.
All this is intentionally being done to me, hopeing I will fight with my cellies, and then I would be place in the hole. (RHU)



31) And because I have file law suit against a Captain of Graterford. Thomas Dohman. I've become a victime of retaliation

Civil Action 06-4859

I declare under penalty of perjury that the foregoing is true and correct.

Executed at
Waynesburg, Pennsylvania

Sherman Mearin AM8063

II. Atypical And Significant Hardship

32) All facts alleged in paragraphs 1-31 are incorporated herein by reference.

33) While plaintiff was confined in administrative custody (A.C) he was deprived of sleep due to 24 hr. light in cell, visual body cavity searches each time he exited and re-entered cell.

34) Confinement in A/c is synonymous with extreme isolation the rules prohibit communication with other inmates through cell doors.

35) Family visitation is rare and non contact through glass walls.

36) Confinement in A/c deprived plaintiff of all environmental and sensory stimuli and meaningful human contact.

37) Confinement in A/c is for an indefinite period and reviews are rote and perfunctory in violation of established policy.

38) And inadequate in giving proper notice of factual basis for confinement or sufficient opportunity to understand reasoning and evidence supporting confinement.

39) While confined in A/c, Plaintiff lost his job, deprived of rehabilitative programming. Security classification increased and fed cold meals.

40) Plaintiff was transferred to S.C.I. Green which has a proven history of racism and inmate abuse 98% of officers are white and 95% inmate Population is black from urban areas.

41) The above conditions taken together impose an atypical and significant hardship mandating compliance with due process procedures to protect plaintiffs liberty interests. Established by the mandatory language and substantive predicates within state statutory and regulatory law.

III Retaliation

42) All facts alleged in 1-41 are incorporated herein by reference.

43) Plaintiff protected conduct was his civil action against SCI Greateford staff communicated to defendants and grievance and appeals filed against defendants.

44) Plaintiff suffered adverse actions from defendants when he was place in solitary confinement and loss his job and classification status.

45) The actions of all defendants were motivated by plaintiff constitutional conduct and plaintiff would not have been retaliated against but for protected conduct.

## IV. Personal Involvement of Defendants

46) All Defendants are Personally involved in the constitutional violations Alleged in 1-45, and those facts are incorporated herein by reference.

47) All Defendants, individually and as supervisors directly participated in violations, failed to correct violation when given notice through grievance procedures, appellate procedure hearings and reviews, enforcing unwritten policy and customs resulting in Constitutional violations, grossly negligent in supervising subordinates who committed violations and failed to act when given notice of unconstitutional conduct of defendants

48) Defendant Folino, superintendent, expressly authorized defendants to maintain a custom and practice of non compliance with establish due process policy through his inaction and tacit approval of defendants unconstitutional conduct when given notice.

V. Legal Claim

1) The actions and omission's of all Defendants violated Plaintiffs 1ST. and 14th Amendment rights. Plaintiff requests $ 200,000 Compensatory damages and $210,000 punitive damages from each defendant in their indivual and official capacities.

2) Louis Folino failed to correct violation, who acted with Deliberate Indifference

3) Pete Vidonish arrogantly admitted his violation, and acted with Deliberate Indifference

4) Marlene M. Stewart failed to correct violation, and acted with Deliberate Indifference

5) Robert Mc Combie failed to correct violation, and acted with Deliberate Indifference

6) Laurel Harry failed to correct violation, and acted with Deliberate Indifference

7) Carla Swartz failed to correct violation and acted with Deliberate Indifference

8) Timothy T. Mark - review violation doing my appeal process, and failed to correct violation and acted with Deliberate Indifference.

9) Brian Coleman failed to correct violation and acted with Deliberate Indifference

10) Mark Capozza failed to correct violation and acted with Deliberate Indifference

11) David Sacks intentionally falsify my Mental Health Records and pose as a licensed psychiatrist, and acted with Deliberate Indifference.

Defendants sat on Program Review Committee Hearing,
and allow for fraudulent document to be use. Which cause
Plaintiff to be in the hole for 343 days.

Executed at Waynesburg, Pennsylvania

Sherman Meason AM8063